UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR MONTGOMERY, an individual; ROBIN MONTGOMERY, an individual; and KAITLYN MONTGOMERY, a minor, by and through her guardian ad litem, ROBIN MONTGOMERY, <br><br>PLAINTIFF(S) <br> v. <br> UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, a public entity of United States Federal Government, <br><br> DEFENDANT(S). | CASE NUMBER <br><br> ED CV 08 - 01409 GAF <br><br> (AGRx) <br><br> SUMMONS |

TO: DEFENDANT(S): UNITED STATES DEPARTMENT OF THE INTERIOR. BUREAU OF LAND MANAGEMENT  A lawsuit has been filed against you.

Within **60** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒complaint ☐ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiffs attorney, <u>BARBARO & VALENTINE LLP</u>, whose address is <u>200 N. Main Street, 2nd Floor, Santa Ana, California 92701</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: **OCT 16 2008**     By: **G. GUZMAN**
                                    Deputy Clerk

(Seal of the Court)

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule12(a)(3)].

Frank P. Barbaro (SBN 044417)
**BARBARO & VALENTINE, LLP**
200 North Main St., 2nd Fl.
Santa Ana, CA 92701
Telephone (714) 835-2122
Facsimile (714) 973-4892

Attorneys for Plaintiffs TREVOR MONTGOMERY,
ROBIN MONTGOMERY, and KAITLYN MONTGOMERY
by and through her guardian ad litem, ROBIN MONTGOMERY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

ED CV 08 - 01409 GAF (AGR)

| | |
|---|---|
| TREVOR MONTGOMERY, an individual; ROBIN MONTGOMERY, an individual, and KAITLYN MONTGOMERY, a minor, by and through her guardian ad litem, ROBIN MONTGOMERY, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, a public entity of United States Federal Government, <br><br> Defendant. | Case No.: <br><br> **COMPLAINT** <br><br> **DEMAND FOR JURY TRIAL** |

Plaintiffs TREVOR MONTGOMERY, an individual, ROBIN MONTGOMERY, an individual, and KAITLYN MONTGOMERY, a minor, by and through her guardian ad litem, ROBIN MONTGOMERY, hereby allege as follows:

## I. PARTIES

1. Plaintiff, TREVOR MONTGOMERY, is an individual and was at all relevant

BV108302.58                                1                                COMPLAINT

times herein and currently is a resident of the County of Riverside, in the State of California.

2.   Plaintiff, ROBIN MONTGOMERY, is an individual and was and is currently the wife of plaintiff TREVOR MONTGOMERY. Plaintiff ROBIN MONTGOMERY was at all relevant times herein and currently is a resident of the County of Riverside, in the State of California.

3.   Plaintiff, KAITLYN MONTGOMERY, by and through her guardian ad litem, is an individual and the natural daughter of plaintiff TREVOR MONTGOMERY. Plaintiff KAITLYN MONTGOMERY was at all relevant times herein and currently is a resident of the County of Riverside, in the State of California.

4.   Defendant UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT (hereinafter referred to as "BLM"), was at all relevant times, and currently, a duly and properly formed public entity of United States Federal Government, owning property in the County of San Bernardino, State of California.

## II.   JURISDICTION

5.   Jurisdiction is evoked pursuant to the Federal Tort Claims Act (28 U.S.C. §1346(b)). Plaintiffs herein timely submitted their Claims to the BLM on April 7, 2008 pursuant to 28 U.S.C. §§ 2671-2680. Plaintiffs herein received a denial of their Claims on September 10, 2008. As such, this Court has Jurisdiction over the alleged claims.

## III.   VENUE

6.   Venue is proper as the events and/or omissions alleged herein occurred in the California, County of San Bernardino.

///
///
///
///

BV108302.58                                  2                                  COMPLAINT

IV. **STATEMENT OF CLAIMS**

**FIRST CAUSE OF ACTION**

**DANGEROUS CONDITION OF PUBLIC PROPERTY**

6. Plaintiffs incorporate by reference each and every allegation contained in paragraphs 1 through 5, as though fully set forth herein.

7. At all relevant times herein, the BLM owned, controlled, maintained and supervised the off-highway vehicle campground at the Calico Ghost Town Regional Park identified by the San Bernardino County as Assessor's Parcel Number 051710133 and the off-highway vehicle trails near the Calico Ghost Town Regional Park identified by the San Bernardino County as Assessor's Parcel Number 051712114.

8. On April 14, 2006, Plaintiff TREVOR MONTGOMERY and his daughter, Plaintiff KAITLYN MONTGOMERY were camping at the off-highway vehicle campground at the Calico Ghost Town Regional Park and went riding their off-highway vehicles on a trail to the west of the campground that led directly to an unprotected abandoned mine shaft.

9. Plaintiff TREVOR MONTGOMERY and his daughter, Plaintiff KAITLYN MONTGOMERY traversed on a trail that was owned, controlled, supervised, occupied and maintained by the BLM and identified by the San Bernardino County as Assessor's Parcel Number 051712114, which led directly to privately owned land that contained an unprotected, abandoned mine shaft.

10. There were no boundary indications, fences or signs indicating the trail was no longer BLM property, nor were there any warning signs indicating that there were dangerous, abandoned mine shafts along the trail and beyond said BLM property.

11. Further, there were no warning signs at the off-highway vehicle campground at the Calico Ghost Town Regional Park warning Plaintiffs of the hazards, such as dangerous, abandoned mine shafts, contained along the trails owned, controlled and maintained by the BLM that emanated directly from the off-highway vehicle campground.

12. While riding their all terrain vehicles on the afternoon of April 14, 2006, plaintiff TREVOR MONTGOMERY and his daughter KAITLYN MONTGOMERY observed a an arrow painted on a rock directing attention to the opening of a tunnel or cave. Plaintiff TREVOR MONTGOMERY and his daughter parked their off-highway vehicles and walked to the opening of the tunnel or cave. They both looked in the opening and could see the back of the tunnel/cave. Plaintiff TREVOR MONTGOMERY entered the tunnel before his daughter KAITLYN MONTGOMERY. After taking a few steps TREVOR MONTGOMERY fell approximately 80 feet down the vertical shaft and suffered injuries. Plaintiff, KAITLYN MONTGOMERY, witnessed her father fall down the vertical shaft and suffered injuries as a result of such observation.

13. Defendant BLM owed a duty to Plaintiffs to warn, barricade, remedy, or safeguard the trails contained on the property identified by San Bernardino County Assessor's Parcel Number 051712114, which led directly to dangerous, unprotected abandoned mines or mine shafts.

14. Defendant BLM breached its duty to Plaintiffs by failing to warn, barricade, remedy or safeguard the trails contained on the property identified by San Bernardino County Assessor's Parcel Number 051712114.

15. The dangerous condition alleged herein, was a substantial factor in causing Plaintiff TREVOR MONTGOMERY to sustain numerous broken bones, including a broken back, paralysis, hospitalization for several months and the amputation of his foot. Further Plaintiff TREVOR MONTGOMERY suffers and continues to suffer loss of earnings and loss of earning capacity.

16. Plaintiff TREVOR MONTGOMERY did not reasonably assume as an inherent part of his activity riding his off-highway vehicle on the trails near the Calico Ghost Town Regional Park's "Off Highway Vehicle Campground" that he would fall down approximately 80 feet in an abandoned mine shaft.

17. The dangerous condition alleged herein, was a substantial factor in causing

1  Plaintiff KAITLYN MONTGOMERY severe emotional distress from witnessing her father
2  fall down the vertical mine shaft.
3      18.    By reason of the dangerous condition alleged herein, Plaintiff, ROBIN
4  MONTGOMERY, has been permanently deprived and will be deprived of the consortium
5  of her spouse, who is Plaintiff TREVOR MONTGOMERY, all to Plaintiff's damage.
6      19.    The kinds of injuries suffered by Plaintiffs TREVOR MONTGOMERY,
7  KAITLYN MONTGOMERY and ROBIN MONTGOMERY were reasonably foreseeable
8  as a result of the dangerous condition alleged herein.
9      20.    The BLM through its employees had the authority and it was its
10 responsibility to take adequate measures to protect against the dangerous condition at its
11 expense and the funds and other means for doing so were immediately available to it.
12     21.    The BLM through its employees had actual or constructive notice that its
13 property was in a dangerous condition in enough time before Plaintiff TREVOR
14 MONTGOMERY sustained his injuries on said property to have taken remedial steps to
15 prevent injury, as one other camper, camping at the off-highway vehicle campground at
16 Calico Ghost Town Regional Park had fallen down the same abandoned mine shaft and
17 was killed just one week prior to TREVOR MONTGOMERY sustaining his injuries.
18     22.    The BLM was aware of the fatal incident that occurred one week before
19 Plaintiff TREVOR MONTGOMERY's incident, as an employee of the BLM responded
20 to that fatal incident, assisted the County of San Bernardino in identifying whether the
21 property was publicly or privately owned, and was aware that the property of the BLM
22 contained trails that led directly to said dangerous unprotected mine shaft.
23     23.    By virtue of the fatal incident that occurred one week before Plaintiff
24 TREVOR MONTGOMERY'S incident, the BLM was further aware that campers at the
25 off-highway vehicle campground were riding their off-highway vehicles on the trail owned
26 and maintained by the BLM which led directly to a dangerous unprotected mine shaft.
27     24.    The failure of defendant BLM to warn, barricade, remedy or safeguard the
28 BV108302.58                               5                              COMPLAINT

1  trail contained on its property that led to the subject dangerous, abandoned mine shaft, was
2  unreasonable.

3      25.    The failure of defendant BLM to warn campers who were camping on BLM
4  property at off-highway vehicle campground of the Calico Ghost Town Regional Park,
5  that the trail emanating from the campground led to the subject dangerous, abandoned
6  mine shaft, was unreasonable.

## SECOND CAUSE OF ACTION

## LOSS OF CONSORTIUM

9      26.    Plaintiff ROBIN MONTGOMERY hereby incorporate by reference
10 paragraphs 1 through 25 of the Complaint as though fully set forth herein.

11     27.    At all times herein mentioned, Plaintiffs, ROBIN MONTGOMERY and
12 TREVOR MONTGOMERY were and are husband and wife.

13     28.    Prior to the physical and emotional injuries sustained by TREVOR
14 MONTGOMERY, he was able to and did perform duties as a spouse.

15     29.    Subsequent to the injuries and as a legal result thereof, Plaintiff TREVOR
16 MONTGOMERY has been unable to perform the duties of a spouse and the work and
17 services usually performed in the care, maintenance and management of the family home,
18 and Plaintiff TREVOR MONTGOMERY will be unable to perform such work, services
19 and duties in the future.

20     30.    By reason thereof, Plaintiff, ROBIN MONTGOMERY, has been
21 permanently deprived and will be deprived of the consortium of her spouse, Plaintiff
22 TREVOR MONTGOMERY all to Plaintiff's damage.

## THIRD CAUSE OF ACTION

## NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

25     31.    Plaintiff KAITLYN MONTGOMERY hereby incorporates by reference
26 paragraphs 1 through 25 of the Complaint as though fully set forth herein.

27     32.    Defendant BLM negligently caused injury to Plaintiff KAITLYN

MONTGOMERY by failing to warn, barricade, remedy or safeguard the trails contained on its property that led to the subject dangerous, abandoned mine shaft where her father was injured.

33. Plaintiff KAITLYN MONTGOMERY was present at the scene when her father Plaintiff TREVOR MONTGOMERY fell down the dangerous unprotected mine shaft and was aware that her father fell and was seriously injured.

34. Plaintiff KAITLYN MONTGOMERY suffered severe emotional distress, including suffering, anguish, horror, nervousness, grief, anxiety, and shock as a result of witnessing her father fall down approximately 80 feet into the open mine shaft.

35. The conduct of Defendant BLM was a substantial factor in causing Plaintiff KAITLYN MONTGOMERY's severe emotional distress.

## V. PRAYER

**WHEREFORE,** Plaintiffs pray that judgment be entered in their favor and against Defendant BLM as follows:

1. As to all causes of action, general damages in an amount, according to proof, to be ascertained by this Court at the time of trial;
2. As to all causes of action, special damages in an amount, according to proof, to be ascertained by this Court at the time of trial;
3. For the cost of the suit incurred herein; and
4. For such other relief as this court deems just and proper.

Dated: October 9, 2008

BARBARO & VALENTINE, LLP

By: _____
Frank P. Barbaro
Yolanda M. Medina
Attorneys for Plaintiffs

## DEMAND FOR JURY TRIAL

Plaintiffs herein demand a trial by jury.

Dated: October 9, 2008

BARBARO & VALENTINE, LLP

By: *[signature]*
Frank P. Barbaro
Attorneys for Plaintiff